JOSEPH F. WALSH
Attorney at Law
California Bar No. 67930
205 S. Broadway, Suite 606
Los Angeles, CA 90012
Tel: (213) 627-1793
Fax: (213) 627-1711
Email: Attyjoewalsh@aol.com

Attorney for Defendant
JESSE MENDIVIL, SR (DEF 3)

FILED
CLERK, U.S. DISTRICT COURT
OCT 26, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 14-107-VAP-3 |
| Plaintiff, ) | **ORDER UNSEALING TRANSCRIPT FOR APPEAL** |
| v. ) | |
| JESSE MENDIVIL, SR, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the transcript of the January 23, 2017 hearing on the motion to dismiss the indictment, recorded by Court Reporter, C. Nirenberg, is unsealed to allow the attorneys on the appeal, Mr. Walker and Mr. Walsh, to receive copies of the transcript. The original transcript of the January 23, 2017 hearing shall be filed with the District Court under seal and the original transcript shall be provided to the Court of Appeals as an under seal transcript.

DATED: October 26, 2017

*Virginia A. Phillips*
JUDGE, UNITED STATES DISTRICT COURT